UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Peter G. Sheridan |
| v. | : | Cr. No. 09-639 |
| ALEJANDRO GUZMAN-SOTO | : | <u>CONTINUANCE ORDER</u> |

A criminal indictment charging the defendant with illegal re-entry of the United States following conviction for an aggravated felony, in violation of Title 8, United States Code, Sections 1326(a) and (b)(2), having been filed on August 20, 2009; and the defendant having appeared before the Court for an arraignment and initial appearance on September 10, 2009; and the defendant having been represented by John Yauch, AFPD; and the defendant and his counsel being aware that a trial must ordinarily commence within seventy (70) days of indictment on this charge, pursuant to Title 18, United States Code, Section 3161(c)(1); and no continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(8)(A); the defendant hereby requests a continuance pursuant to Title 18, United States Code, Section 3161(h)(8)(A) in order to permit the time necessary for the defendant to enter a guilty plea; the Government having agreed to this continuance; and for good cause shown;

IT IS on this  10  day of September, 2009,

ORDERED that from September  10 , 2009, to and

including December 2, 2009, shall be excluded in calculating the time within which a trial must be commenced under the Speedy Trial Act for the following reasons:

1. The defendant wishes to enter a guilty plea, and both the United States and the defendant desire additional time to enable him to do so, which would render trial of this matter unnecessary;

2. The grant of a continuance will likely conserve judicial resources;

3. Pursuant to Title 18 of the United States Code, Section 3161(h)(8), the ends of justice served by granting the continuance outweigh the best interests of the public and the defendant in a speedy trial.

SEEN AND AGREED:

_____
Randall H. Cook
Assistant U.S. Attorney

_____
John Yauch, AFPD
Assistant Federal Public Defender

_____
HONORABLE PETER G. SHERIDAN
United States District Judge